**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FAUSTINO ALVAREZ-LOPEZ | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 601-128 |
| | ) | |
| ROBERT E. DASHER, et al | ) | |

### ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty days of the date this Order is filed. **See Kokkonen v. Guardian Life Insurance Company of America**, 511 U. S. 375, 114 S. Ct. 1673 (1994)

Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

SO ORDERED, this 21 day of May, 20 02.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   6:01-cv-00128
Date Served:   May 21, 2002
Served By: *Karen Stephen*

Attorneys Served:

Hugh J. McCullough, Esq. ✓

___✓___ Copy placed in Minutes

___✓___ Copy given to Judge

_____ Copy given to Magistrate